IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| S.H. and J.H., <br><br> Plaintiffs, <br><br> v. <br><br> CIGNA HEALTH AND LIFE INSURANCE CO.; CIGNA BEHAVIORAL HEALTH, the LOCKHEED MARTIN CORPORATION; and the LOCKHEED MARTIN CORPORATION MEDICAL BENEFITS PLAN, <br><br> Defendants. | **ORDER** <br><br> Case No. 2:22-cv-552-TC <br><br> Judge Tena Campbell |

On December 8, 2023, the court granted the Plaintiffs' motion for summary judgment in part and denied the Defendants' motion for summary judgment. (See Mem. Decision & Order, ECF No. 41.) Simultaneously, the court remanded the matter to the Defendants for further consideration consistent with the court's decision and order. (Id. at 16.)

Based on the court's order (ECF No. 41), the Clerk of Court is directed to administratively close this case. The case may be reopened upon motion by any party after the completion of the review on remand.

SO ORDERED this 23rd day of May, 2024.

BY THE COURT:

*Tena Campbell*
Tena Campbell
United States District Judge